# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1003
LT Case No. 2001-CF-1584-B

_____


DONIELLE SIMPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Donielle Simpson, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.


September 1, 2023

PER CURIAM.


This Court previously affirmed the trial court's order(s) denying Appellant's motion for postconviction relief in Lake County Circuit Court Case No. 2001-CF-1584-B. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims

stemming from Lake County Circuit Court Case No. 2001-CF-1584-B may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____